STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

FILED
MAY 03 2021
In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| LISA PINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CJ-2021-426 |
| | ) |
| WAL-MART STORES, INC., d/b/a | ) |
| WALMART INC. and | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| Defendants. | ) |

## PETITION

COMES NOW Plaintiff, Lisa Pina (hereinafter Plaintiff) for her cause of action against Defendants Wal-Mart Stores, Inc., d/b/a Walmart Inc. and Wal-Mart Stores East, LP, and alleges and states as follows:

### THE PARTIES

1. Plaintiff was a citizen and resident of Cleveland County, Oklahoma at the time of the incident hereinafter described.

2. Defendants Wal-Mart Stores, Inc., d/b/a Walmart Inc. and Wal-Mart Stores East, LP are foreign corporations doing business at 333 N. Interstate Drive, Oklahoma City, Cleveland County, Oklahoma.

### JURISDICTION AND VENUE

3. This is an action arising from a slip and fall incident that occurred in Cleveland County, Oklahoma, when Defendants were negligent in causing the incident that is the subject of this action.

4. This Court has jurisdiction over the parties hereto, jurisdiction of the subject matter hereof, and venue is proper.

### THE CAUSE OF ACTION

5. On August 30, 2019, Plaintiff slipped and fell when Defendants failed to maintain their store in a reasonably safe condition.

1

Exhibit 2

6. The slip and fall occurred inside Defendant store #212 in Norman, Oklahoma.

7. Plaintiff, an invitee, was walking near the infant isle when she suddenly and unexpectedly slipped and fell on the slippery floor.

8. The significant impact from the fall hurt Plaintiff and caused the injuries and damages to her that are described below.

9. At all times Plaintiff was acting in a safe and prudent manner.

## DUTIES OWED BY DEFENDANTS

10. Defendants were required to follow the safety rule of making a reasonable effort to keep their store floors safe and free of any slippery condition that might be a danger to Plaintiff and others.

11. Defendants were required to follow the safety rule of inspecting their store for hazards that might cause Plaintiff others to slip or fall.

12. Defendants were required to follow the safety rule of inspecting areas of their store that they know could be slippery for hazards that might cause Plaintiff or others to slip or fall.

13. Defendants were required to follow the safety rule of warning customers of any hazards that Defendant knows or should know about but that customers may be unaware of, for the safety of Plaintiff and others.

14. Defendants were required to follow the safety rule of using ordinary care for the safety of Plaintiff and others.

15. Defendants were not allowed to endanger Plaintiff or anyone else by violating the safety rules listed above.

## DUTIES VIOLATED BY DEFENDANTS

16. At the time of the slip and fall, Defendants violated the duty to follow the safety rule of making a reasonable effort to keep their store floors safe and free of any slippery condition that might be a danger to Plaintiff and others.

17. At the time of the slip and fall, Defendants violated the duty to follow the safety rule of inspecting their store for hazards that might cause Plaintiff or others to slip or fall.

18. At the time of the slip and fall, Defendants violated the duty to follow the safety rule of inspecting areas of their store that they know could be slippery for hazards that might cause Plaintiff or others to slip or fall.

19. At the time of the slip and fall, Defendants violated the duty to follow the safety rule of warning customers of any hazards that Defendants knows or should know about but that customers may be unaware of, for the safety of Plaintiff and others.

20. At the time of the slip and fall, Defendants violated the duty to follow the safety rule of using ordinary care, which endangered the safety of Plaintiff and others.

21. At the time of the slip and fall, Defendants endangered Plaintiff and others by failing to follow the safety rules listed above.

## CAUSATION OF PLAINTIFF'S INJURIES AND DAMAGES

22. The injuries and damages sustained by Plaintiff, more particularly described below, were produced in a natural and continuous sequence from Defendants' violation of the above described independent duties of ordinary care for the safety of Plaintiff.

23. The injuries and damages sustained by Plaintiff were a probable consequence from Defendants' violation of the above described independent duties of ordinary care for the safety of Plaintiff.

24. Defendants should have foreseen and anticipated that a violation of the above described independent duties to use ordinary care would constitute an appreciable risk of harm to others, including Plaintiff.

25. If Defendants had not violated the above described independent duties to use ordinary care for the safety of Plaintiff, then the Plaintiff's injuries and damages would not have occurred.

## COMPENSATORY DAMAGES SUSTAINED BY PLAINTIFF

26. The injuries and damages sustained by the Plaintiff as a result of Defendants' violations of the above described safety rules, include but are not limited to the following:

Pursuant to the provisions of 12 O.S. §3226(A)(2)(a), Plaintiff submits this preliminary computation of damages sought in this lawsuit. As this is an action for injuries suffered by an adult, Plaintiff advises that all damages recoverable by law are sought, including those listed in OUJI3d

4.1. Under item (K), Plaintiff's medical bills total $8,739.00, which amount is subject to increase. At this point, Plaintiff does not know the amount of future medical expense. These items are among the elements for the jury to consider in fixing the amount of damages to award to Plaintiff. Other than the amounts which plaintiff has specifically identified, and which are capable of being ascertained to some degree of certainty, Plaintiff is unable to guess or speculate as to what amount of damages a jury might award. The elements for the jury to consider include the following:

> A. Plaintiff's physical pain and suffering, past and future;
>
> B. Plaintiff's mental pain and suffering, past and future;
>
> C. Plaintiff's age;
>
> D. Plaintiff's physical condition immediately before and after the accident;
>
> E. The nature and extent of Plaintiff's injuries;
>
> F. Whether the injuries are permanent;
>
> G. The physical impairment;
>
> H. The disfigurement;
>
> I. Loss of [earnings/time];
>
> J. Impairment of earning capacity;
>
> K. The reasonable expenses of the necessary medical care, treatment, and services, past and future.

## AMOUNT OF DAMAGES

27. Plaintiff's injuries and damages are in excess of the amount required for diversity jurisdiction under 28 USC 1332 (currently $75,000.00) plus interest, costs and all such other and further relief for which should be awarded as judgment against Defendants in an amount to fully and fairly compensate Plaintiff for each and every element of damages that has been suffered, including punitive damages.

## RESERVATION OF ADDITIONAL CLAIMS

28. Plaintiff reserves the right to plead further upon completion of discovery to state additional claims and to name additional parties to this action.

WHEREFORE, Plaintiff prays for judgment against the Defendants in a sum in excess of the amount required for diversity jurisdiction under 28 USC 1332 (currently $75,000.00) plus interest, costs, punitive damages, and all such other and further relief as to which Plaintiff may be entitled.

Respectfully submitted,

WARHAWK LEGAL

_____
Joe Carson, OBA#19429
127 N.W. 10th St.
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
*Attorney for Plaintiff*

**ATTORNEY LIEN CLAIMED**

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA }
CLEVELAND COUNTY } S.S.
FILED
MAY 03 2021
In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| LISA PINA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. CJ-2021-489 |
| WAL-MART STORES, INC., d/b/a WALMART INC. and WAL-MART STORES EAST, LP | ) ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Plaintiff, Lisa Pina.

    I certify that I am admitted to practice in this Court.

4-27-21
_____
Date

_____
Joe Carson, OBA#19429
WARHAWK LEGAL
127 N.W. 10th St.
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com